THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 

v.

 
 
 
 
 Dominic Gallman, Appellant.
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-006
 Submitted October 1, 2010  Filed January
20, 2011

AFFIRMED

 
 
 
 Appellate Defender Robert M. Dudek, of
 Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald
 J. Zelenda, Assistant Attorney General Melody J. Brown, and Solicitor W. Barney
 Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Dominic
 Gallman appeals his convictions for three counts of murder, burglary in the
 first degree, armed robbery, and kidnapping.  We affirm[1] pursuant
 to Rule 220(b), SCACR, and the following authorities:  Issue 1:  State v. Council, 335 S.C. 1, 13,
 515 S.E.2d 508, 514 (1999) (finding a trial court should first exhaust other
 methods to cure possible prejudice before aborting a trial); State v. Walker,
 366 S.C. 643, 658, 623 S.E.2d 122, 129 (Ct. App. 2005) (stating a curative
 instruction is usually deemed to have cured any alleged error).  Issue 2: State
 v. Allen, 269 S.C. 233, 242, 237 S.E.2d 64, 68 (1977) (holding overwhelming
 proof of guilt rendered harmless any error in the admission of the evidence in
 question).  Issue 3: Rule 613(b), SCRE (providing for admission of a prior
 inconsistent statement if the witness does not admit making the statement);   State v. Carmack, 388 S.C. 190, 201,
 694 S.E.2d 224, 229-30 (Ct. App. 2010) (finding where the witness has responded with
 anything less than an unequivocal admission, trial courts are granted wide
 latitude to allow extrinsic evidence proving the statement).
AFFIRMED.
SHORT, THOMAS,
 and LOCKEMY, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.